that none of the requisites for the granting of the permit, under the decision of this court in *Matter of Stillman* v. *Board of Standards & Appeals* (222 App. Div. 19), has been shown. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

De Vore Building Corporation, Appellant, v. Louis Lipkind, Respondent.— Judgment reversed, with costs, and judgment directed awarding possession to the plaintiff, subject to an easement in the defendant so long as the encroaching wall shall stand. (*Wilson* v. *Wightman*, 36 App. Div. 41.) Settle order on notice, reversing findings inconsistent with this determination and containing such new findings of facts proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Kate Rind, Appellant, v. Cisch Realty Corporation, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Morris Rind, Respondent, v. Cisch Realty Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter, etc., of Jacob Cooper, Sometimes Known as Jacob Cooper, Jr., Deceased, etc.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Charles Capron Marsh and Another, etc., Respondents, v. George W. Perkins and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 629.]

Ella Gaynor McCall, as Administratrix, etc., of Edward E. McCall, Deceased, Respondent, v. Charles A. Stoneham, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Anna J. Tompkins, Respondent, v. William S. Frankman, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Helen Beskin, Respondent, v. Benjamin Weiss, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Theodore Frank for Admission to the Bar. — Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

## Second Department, November, 1928.

In the Matter of the Application of Robert S. King for Reinstatement to the Bar.— Motion for reargument of motion for reinstatement to the bar granted. Present — Lazansky, P. J., Rich, Kapper and Hagarty, JJ; Carswell J., not voting.